**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: <u>11/20/2018</u>

Case: <u>Jones v. Mayflower International Hotel Group, Inc et al</u>     Status Conf. @ 11:00 AM

Civ.: 1:15-cv-04435-WFK-VMS

**ECF Recording in 13A South:**     ☐ Telephone Conference     ☒ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☒ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record  _____

☐ Rule 26(a) disclosures, incl. supplements  _____

☐ Document requests to be served  _____

☐ Interrogatories to be served  _____

☐ Amended pleadings, incl. joinder     ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer     ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter  ☐ Stip of dismissal to be filed  _____

☐ Status conference     Date: _____  Time: _____
    ☐ In person ☐ Telephone (718) 613-2300     To be organized by: _____

☐ Specific depositions to be held  _____

☐ Fact discovery closes  _____

☐ Expert disclosures to be served  _____

☐ Initial expert report(s) to be served  _____

☐ Rebuttal expert report(s) to be served  _____

☐ Expert discovery closes  _____

☐ All discovery closes  _____

☐ Joint letter confirming discovery is concluded  _____

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed  _____

☐ Consent to Magistrate Judge to be filed  _____

☐ Settlement Conference     Date: _____     Time: _____

Page ___ of ___

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Jones                              Civ. A. 15-4435

Date: 11/20/2018

**Additional Orders:** JPTO drafting schedule
Π proposed draft 1/11/19
Δ proposed draft 2/15/19
Combined proposed draft 3/1/19

Page ___ of ___