UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON JONES,

              Plaintiff,

        v.                                            **ORDER**
                                                       15-CV-4435 (WFK)

MAYFLOWER INTERNATIONAL HOTEL
GROUP, INC., d/b/a HOWARD JOHNSON
LONG ISLAND CITY, and individual,
JACK CHANG,

              Defendants.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby ADJOURNS the six-day jury trial previously scheduled to commence in the above-captioned action on November 18, 2019 until May 18, 2020 at 9:30 A.M. in Courtroom 6H North before the Honorable William F. Kuntz, II.

The Court hereby ADJOURNS the pre-trial conference previously scheduled for September 23, 2019 until Friday, January 24, 2020 at 12:00 Noon in Courtroom 6H North before the Honorable William F. Kuntz, II.

                                            **SO ORDERED.**

                                            /s/ William F. Kuntz, II
                                            HON. WILLIAM F. KUNTZ, II
                                            UNITED STATES DISTRICT JUDGE

Dated: June 14, 2019
       Brooklyn, New York

1