**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

JASON JONES,                                    )
                                                )
                        Plaintiff,              )
                                                )
            v.                                  )        Civil Action No: 1:15-cv-04435-WFK-VMS
                                                )
MAYFLOWER INTERNATIONAL HOTEL                   )        **[PROPOSED] STIPULATION**
GROUP, INC d/b/a HOWARD JOHNSON                 )
LONG ISLAND CITY AND INDIVIDUAL,                )
JACK CHANG,                                     )
                        Defendants.             )
_____         )

It is hereby stipulated and agreed between the parties as follows:

1)      The parties shall serve and file any motions _in limine_ by **April 3, 2020**.

Opposition to any motion _in limine_ shall be served and filed by **April 24, 2020**.  Reply papers, if

any, shall be served and filed by **May 8, 2020**.

2)      Proposed Voir Dire, Proposed Jury Instructions, and Proposed Verdict Forms

shall be submitted to the Court by **May 13, 2020**.

Dated:  New York, New York
        February 10, 2020

                        LAW OFFICES OF JOSHUA PARKHURST
                        _Co-Counsel for Plaintiffs_

                        By:     _Joshua Parkhurst_
                                Joshua Parkhurst
                                11 Broadway, Suite 615
                                New York, New York 1000
                                T. (201) 577-2644
                                F. (212) 480-8560
                                E. jparkhurst@parkhurstlawfirm.com

KEVIN KERVENG TUNG, P.C.
*Attorneys for Defendants*

 /s/    *Kevin    Tung*
Kevin K. Tung, Esq. (KT-1478)
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633