

```
UNITED STATES DISTRICT COURT                    FILED
EASTERN DISTRICT OF NEW YORK                IN CLERK'S OFFICE
                                         US DISTRICT COURT E.D.N.Y.

                                              ★  FEB 13 2020  ★
```

JASON JONES,                                )        BROOKLYN OFFICE
                                            )
            Plaintiff,              )
                                            )
   v.                                    )        Civil Action No: 1:15-cv-04435-WFK-VMS
                                            )
MAYFLOWER INTERNATIONAL HOTEL               )        **STIPULATION**
GROUP, INC d/b/a HOWARD JOHNSON             )
LONG ISLAND CITY AND INDIVIDUAL,            )
JACK CHANG,                                 )
            Defendants.             )
                                            )

It is hereby stipulated and agreed between the parties as follows:

1)    The parties shall serve and file any motions *in limine* by **April 3, 2020**.

Opposition to any motion *in limine* shall be served and filed by **April 24, 2020**. Reply papers, if any, shall be served and filed by **May 8, 2020**.

2)    Proposed Voir Dire, Proposed Jury Instructions, and Proposed Verdict Forms shall be submitted to the Court by **May 13, 2020**.

    Dated: New York, New York
            February 10, 2020

                                        LAW OFFICES OF JOSHUA PARKHURST
                                        *Co-Counsel for Plaintiffs*

                                By:  *Joshua Parkhurst*
                                        Joshua Parkhurst
                                        11 Broadway, Suite 615
                                        New York, New York 1000
                                        T. (201) 577-2644
                                        F. (212) 480-8560
                                        E. jparkhurst@parkhurstlawfirm.com

KEVIN KERVENG TUNG, P.C.
*Attorneys for Defendants*

/s/     Kevin     Tung
Kevin K. Tung, Esq. (KT-1478)
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633

The application is ____ granted ____ denied
SO ORDERED

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Feb. 13, 2020
Brooklyn, New York

2