

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

April 18, 2022

**BY ECF**
Honorable William F. Kuntz II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

re: <u>Jones v. Mayflower International hotel Group, et, et al.</u> 15-CV-4435 (WFK)

Dear Judge Kuntz,

My office represents plaintiff Jason Jones, in this action, along with Risman & Risman, P.C. and Law Offices of Joshua Parkhurst. In that capacity, I write with the consent of Ge Li, Esq., attorney for Defendants Mayflower International Hotel Group, Inc., and Jack Chang, to respectfully request that the trial, currently scheduled for February 27, 2023 be advanced to commence August 29, 2022, or as soon thereafter as the Court has available. The reason for this request is that the trial was previously scheduled for February 28, 2022, but had to be postponed so that Plaintiff could comply with the Court's COVID-19 protocols. I write to advise the Court that Plaintiff will be prepared to proceed with the trial by August 29, 2022. As Plaintiff has acted promptly to comply with the Court's protocols, Plaintiff respectfully requests that the Court advance the trial from February 27, 2023 to August 29, 2022 or as soon thereafter as the Court has available.

Plaintiff thanks the court for its consideration herein.

                        Respectfully submitted,

                        /s/ Evan Brustein

                        Evan Brustein
                        BRUSTEIN LAW PLLC
                        299 Broadway, 17th Floor
                        New York, New York 10007
                        Telephone: (212) 233-3900
                        Facsimile: (212) 285-0531

                                        Email: evan@brusteinlaw.com
                                        *Attorneys for Plaintiffs*

cc:     All parties (via ECF)