UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON JONES,
              Plaintiff,

           v.                                  **RECOMMENDED ORDER OF**
                                            **CONTINUED CONTEMPT AND**
MAYFLOWER INTERNATIONAL             **DIRECTING ISSUANCE OF**
HOTEL GROUP, INC. d/b/a HOWARD       **WARRANT**
JOHNSON LONG ISLAND CITY and        15-CV-4435 (WFK) (JRC)
JACK CHANG,

              Defendants.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

    **WHEREAS**, Jason Jones ("Plaintiff") filed a Complaint and jury demand against Mayflower International Hotel Group, Inc., doing business as Howard Johnson Long Island City, and Jack Chang (collectively, "Defendants") on July 29, 2015. *See* Compl., ECF No. 1;

    **WHEREAS**, the parties filed a proposed joint pre-trial order on March 1, 2019, ECF No. 49, which the Court approved on March 8, 2019, ECF No. 50;

    **WHEREAS**, on October 12, 2023, Plaintiff issued a subpoena as to George Frangoulis, instructing Mr. Frangoulis to appear in Courtroom 6H North at the United States Eastern District Courthouse, 225 Cadman Plaza East Brooklyn, New York, 11201 on Monday, December 4, 2023 at 10:30 A.M. in order for Mr. Frangoulis to testify at trial in the above-referenced matter, which was scheduled to commence on Monday, December 4, 2023 before the undersigned;

    **WHEREAS**, Mr. Frangoulis failed to appear on Monday, December 4, 2023;

    **NOW THEREFORE**, finding Mr. Frangoulis in civil contempt;

    **IT IS HEREBY ORDERED** that the Clerk of Court will issue a Warrant directing the U.S. Marshals Service to hold George Frangoulis, in custody pending the purging of his civil contempt;

**IT IS FURTHER ORDERED** that the U.S. Marshals Serviced be authorized: (1) to use all reasonable force necessary to effect the arrest of George Frangoulis; and (2) to make a forceable entry into George Frangoulis' residence, if required.

SO ORDERED:

s/ WFK

Dated: December 4, 2023
Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT