UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JASON JONES,                                    :
                                                :
                Plaintiff,              :      **COURT EXHIBIT 3A:**
                                                :      **VERDICT FORM**
      v.                                       :      15-CV-4435 (WFK) (JRC)
                                                :
MAYFLOWER INTERNATIONAL                         :
HOTEL GROUP, INC. d/b/a HOWARD                  :
JOHNSON LONG ISLAND CITY and                    :
JACK CHANG,                                     :
                                                :
                Defendants.             :
----------------------------------------------------------------X

Nothing in the Verdict Form is meant to suggest what your verdict should be. You alone have the responsibility to decide the verdict. Please answer each question in the order given.

## PART I. LIABILITY

**Claim No. 1: Discrimination Under Title VII**

**Question 1**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of race, color, and/or national origin discrimination under Title VII against Defendant Mayflower?

YES __✓__          NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

**Claim No. 2: Discrimination Under New York City Human Rights Law**

**Question 2**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of race, color, and/or national origin discrimination under New York City Human Rights Law against Defendant Mayflower?

YES __✓__          NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

1

**Question 3**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of race, color, and/or national origin discrimination under New York City Human Rights Law against Defendant Jack Chang?

YES __✓__   NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

**Claim No. 3: Hostile Work Environment Under New York City Human Rights Law**

**Question 4**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of hostile work environment under New York City Human Rights Law against Defendant Mayflower?

YES __✓__   NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

**Question 5**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of hostile work environment under New York City Human Rights Law against Defendant Jack Chang?

YES __✓__   NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

**Claim No. 4: Retaliation Under New York City Human Rights Law**

**Question 6**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of retaliation under New York City Human Rights Law against Defendant Mayflower?

YES __✓__   NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

**Question 7**

Did the Plaintiff prove, by a preponderance of the evidence, a claim of retaliation under New York City Human Rights Law against Defendant Jack Chang?

YES __✓__   NO _____

*(Regardless of how you answer this question, proceed to the next question.)*

# PART II. DAMAGES

**Question 8**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to compensatory damages in the form of back pay from Defendant Mayflower?

YES ✓          NO _____

If you answered "Yes," state the amount:

$ 17,200

**Question 9**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to compensatory damages in the form of back pay from Defendant Jack Chang?

YES _____     NO ✓

If you answered "Yes," state the amount:

$ _____

**Question 10**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to compensatory damages for humiliation, mental anguish, and emotional distress from Defendant Mayflower?

YES ✓          NO _____

If you answered "Yes," state the amount:

$ 50,000

**Question 11**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to compensatory damages for humiliation, mental anguish, and emotional distress from Defendant Jack Chang?

YES _____     NO ✓

If you answered "Yes," state the amount:

$ _____

3

**Question 12**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to nominal damages from Defendant Mayflower?

YES _____  NO ✓_____

If you answered "Yes," state the amount:

$_____

**Question 13**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to nominal damages from Defendant Jack Chang?

YES _____  NO ✓_____

If you answered "Yes," state the amount:

$_____

**Question 14**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to punitive damages from Defendant Mayflower?

YES ✓_____  NO _____

If you answered "Yes," state the amount:

$ 607,800

**Question 15**

Did the Plaintiff prove, by a preponderance of the evidence, that he is entitled to punitive damages from Defendant Jack Chang?

YES ✓_____  NO _____

If you answered "Yes," state the amount:

$ 1,000.00

* * *

*The Jury Foreperson should date and sign this Special Verdict Form and return to the Courtroom*

Dated December 8, 2023        Signed: _____
                                        **Jury Foreperson**