

299 Broadway, 17th Floor
New York, New York 10007

Office: (917) 769-8748
Fax: (212) 285-0531

www.brusteinlaw.com

February 8, 2024

**BY ECF**
Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jones v. Mayflower International Hotel Group Inc.., et al.
15-Cv-4435 (WFK)

Dear Judge Kuntz:

I am co-counsel for Plaintiff Jason Jones ("Plaintiff") in the above referenced matter. I write along with Kevin Kervang Tung, Esq., counsel for Defendants Mayflower International Hotel Group, Inc. and Jack Chang (collectively referred to as "Defendants") to respectfully request that the Court enter the Jury's December 8, 2023 Verdict as a Judgment, and to advise the Court that both the Plaintiff and the Defendants are waiving their rights to any post-trial motions, including to set aside the verdict, for a new trial, for remitter, or for attorneys' fees and costs. *See* Civil Docket Sheet, at Document Number 98. In an effort to resolve this matter without further litigation, the Parties have all agreed to accept the Jury's Verdict as the Judgment.

The Parties thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Evan Brustein*

Evan Brustein, Esq.

Cc: All Counsel