AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jason Jones <br> *Plaintiff* <br> v. <br> Mayflower International Hotel Group, Inc. et al, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:15-cv-04435-WFK-JRC <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff recover a damage award from Defendant Mayflower International Hotel Group, Inc. in the amount of six hundred seventy-five thousand dollars ($675,000.00), and recover a damage award from Defendant Jack Chang in the amount of one thousand dollars ($1,000.00).

This action was *(check one)*:

☑ tried by a jury with Judge William F. Kuntz, II presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: Feb. 12 2024

BRENNA B. MAHONEY
CLERK OF COURT

s/ WFK
*Signature of Clerk or Deputy Clerk*